**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**ROBERT HOLMES,**                                                      **PLAINTIFF,**

**VS.**                   **CIVIL ACTION NO. 2:05CV168-P-B**

**CITIFINANCIAL MORTGAGE COMPANY,
INC. and AMERICAN SECURITY INSURANCE
COMPANY,**               **DEFENDANTS.**

**ORDER**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Remand [8-1] is **DENIED**;

(2) The stay previously ordered in this case is lifted; and

(3) The parties are instructed to contact the U.S. Magistrate Judge within ten days of entry of this Order to schedule a Case Management Conference.

**SO ORDERED** this the 26th day of June, A.D., 2006.

                                                        /s/ W. Allen Pepper, Jr.
                                                        W. ALLEN PEPPER, JR.
                                                        UNITED STATES DISTRICT JUDGE